IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GORDON JAMES KING,

          Appellant,

 v.                                                    Case No.      5D21-2401
                                                       LT Case No. 2019-CF-007061

STATE OF FLORIDA,

          Appellee.

_____/

Decision filed November 15, 2022

Appeal from the Circuit Court
for Orange County,
Tanya  Davis Wilson, Judge.

Matthew J. Metz, Public Defender,
and Darnelle Paige Lawshe, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

          AFFIRMED.

SASSO, NARDELLA and WOZNIAK, JJ., concur.